# Exhibit B

**Kavulich & Associates, P. C.**
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
Phone: (914) 355-2074 Fax: (914) 355-2078

April 19, 2014

Angela Pauli
3214 Yaeger Road, Private House
Saint Louis, MO 63129

Re:   EDS Management Corp

      Angela Pauli
      1576-78 Third Avenue Apt. 3A
      New York, NY 10453

      File No.: 14379

Dear Angela Pauli:

    We are the attorneys for the above-named creditor. Our client has consulted us with reference to your indebtedness in the amount of $4,648.39 and has requested that we proceed with legal action against you. However, we are writing to allow you a final opportunity to arrange to pay without the necessity of costly legal action.

Unless you notify us in writing within thirty (30) days after receipt of this letter that the validity of the debt, or any portion of it, is disputed, we will assume that the debt is valid. If you do notify us of a dispute, we will obtain verification of the debt and mail it to you. Also, upon your written request, within thirty (30) days, we will provide you with the name and address of the original creditor if different from the current creditor.

Kindly forward all remittances to us, payable to the law firm of Kavulich & Associates, P. C., 181 Westchester Avenue, Suite 500C, Port Chester, NY 10573.

Very Truly Yours,

Gary Kavulich, Esq.

**This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.**