# Exhibit C

May 13, 2014

Angela Pauli
4249 Summit Knoll Dr. Apt C
St. Louis, MO 63129

Kavulich & Associates P.C.
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573


Re: File No.: 14379

Dear Kavulich & Associates P.C.,

        I am writing in response to your letter dated April 19, 2014 (received May 2, 2014) because I do not believe in the validity of this debt.

This is the first I've heard from you, or any other company on this matter therefore, in accordance with the Fair Debt Collection Practices Act, Section 809(b): Validating Debts:

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.

I respectfully request that you provide me with the following information:
(1) the amount of the original debt;
(2) the name of the creditor to whom the debt is owed;
(3) Provide a verification or copy of any judgment;
(4) Proof that you are licensed to collect debts in Missouri.

Be advised that I am fully aware of my rights under the Fair Debt Collection Practices Act and the Fair Credit Reporting Act. For instance, I know that:
- because I have disputed this debt in writing within 30 days of receipt of your dunning notice, you must obtain verification of the debt or a
- copy of the judgment against me and mail these items to me at your expense;

- you cannot add interest or fees except those allowed by the original contract or state law.
  you do not have to respond to this dispute but if you do, any attempt to collect this debt without validating it, violates the FDCPA;

Also be advised that I am keeping very accurate records of all correspondence from you and your company including recording all phone calls and I will not hesitate to report violations of the law to my State Attorney General, the Federal Trade Commission and the Better Business Bureau.

I have disputed this debt; therefore, until validated, you know your information concerning this debt is inaccurate. Thus, if you have already reported this debt to any credit-reporting agency (CRA) or Credit Bureau (CB) then, you must immediately inform them of my dispute with this debt. Reporting information that you know to be inaccurate or failing to report information correctly violates the Fair Credit Reporting Act.

1681s-2. Should you pursue a judgment without validating this debt, I will inform the judge and request the case be dismissed based on your failure to comply with the FDCPA.

Finally, if you do not own this debt, I demand that you immediately send a copy of this dispute letter to the original creditor so they are also aware of my dispute with this debt.

Sincerely,

Angela Pauli