# Exhibit D

Civil Court of the City of New York
County of New York
-----------------------------------------------------------------X

EDS Management Corp,

                         Plaintiff,

      -against-

Angela Pauli, Robert A Pauli, Jr,

                      Defendant(s).

-----------------------------------------------------------------X

Index No. 11125/15    011125
File No. 14379

**SUMMONS**

Place of Venue is designated
as Plaintiffs' Place of Business

1576-78 Third Avenue
New York, NY 10453

To the above named Defendant(s):

YOU ARE HEREBY SUMMONED to appear in the Civil Court of the City of New York, County of New York at the office of the Clerk of the said Court at 111 Centre Street, New York, NY 10013 in the County of New York, State of New York, within the time provided by law as noted below and to file an answer to the below complaint with the clerk: upon your failure to answer, judgment will be taken against you for the sum of $5,148.39 with interest thereon from March 1, 2011 together with costs of this action.

DATED: 03/26/2015

By: Gary Kavulich, Esq.
Kavulich & Associates, P.C.
Attorney for Plaintiff
181 Westchester Ave., Suite 500C
Port Chester, NY 10573
Phone: 914-355-2074 / Fax: 914-355-____

FILED
MAY -6 2015
NEW YORK COUNTY
CIVIL COURT

Defendant(s) Address(es)

Angela Pauli
4249 Summit Knoll Drive, Apt. C
St. Louis, MO 63129

Robert A Pauli, Jr
3214 Yaeger Road, PH
St. Louis, MO 63129

Note: The law provides that: (a) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If the summons is served by any means other than personal delivery to you within the City of New York, you must appear and answer within THIRTY days after proof of service thereof is filed with the Clerk of this Court.



## ENDORSED COMPLAINT

**FIRST ACTION:** Plaintiff seeks to recover damages from the Defendant(s) for breach of a lease agreement in the sum of $4,648.39 for rental arrears for the months of March, 2011 balance of $248.39; April, 2011 through and including July, 2011 at the agreed monthly sum of $1,100.00 for the premises known as 1576-78 Third Avenue, Apt. 3A, New York, NY 10453 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**SECOND ACTION:** Plaintiff seeks to recover damages from Defendant(s) in the sum of $0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**THIRD ACTION:** Plaintiff seeks to recover damages from the Defendant(s) in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**WHEREFORE:** Plaintiff demands judgment (A) on the First Action, in the sum of $4,648.39 plus interest from March 1, 2011 together with costs and disbursements of this action for such other and further relief as the court may deem just, (B) on the Second Action in the sum of $0.00 plus interest from March 1, 2011 together with costs and disbursements of this action and for such other and further relief as the Court may deem just, (C) on the Third Action, in the sum of $500.00 together with costs and disbursements of this action and for such other and further relief as the Court may deem just.

By: Gary Kavulich, Esq.

The Plaintiff in this action is NOT required to be licensed by the New York City Department of Consumer Affairs.