# Exhibit E

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X   INDEX NO. 11125/15
EDS MANAGEMENT CORP,                                           FILE NO. 14379

                            Plaintiff,

-against-                                                      NOTICE OF
                                                               DISCONTINUANCE
ANGELA PAULI,
ROBERT A PAULI, JR.,

                            Defendant.
-----------------------------------------------------------X

    PLEASE BE ADVISED, that the instant matter is hereby discontinued with prejudice. A facsimile shall be deemed an original for all purposes.

Dated:   October 12, 2016
           Port Chester, NY

_____
Kavulich & Associates, P.C.
By: Gary Kavulich, Esq.
181 Westchester Ave, Ste. 500C
Port Chester, NY 10573
Phone (914) 355-2074
Facsimile (914) 355-2078
Attorney for Plaintiff

RECEIVED
OCT 20 2016
NEW YORK COUNTY
CIVIL COURT