# Exhibit F

Civil Court of the City of New York
County of New York
-----------------------------------------------------------------------X

EDS Management Corp,

**021064**

Index No. 21064/14    **2016**
File No. 14379

Plaintiff,

-against-

**SUMMONS**

Angela Pauli, Robert A Pauli, Jr,

**Place of Venue is designated as
Plaintiff's place of Business:**

Defendant(s).

1576-78 Third Avenue
New York, NY  10453

-----------------------------------------------------------------------X

To the above named Defendant(s):

You are hereby summoned to appear in the Civil Court of the City of New York, County of New York at
the office of the Clerk of the said Court at 111 Centre Street, New York, NY 10013 in the County of
New York, State of New York, within the time provided by law as noted below and to file an answer to
the below complaint with the clerk: upon your failure to answer, judgment will be taken against you for
the sum of $5,148.39 with interest thereon from March 1, 2011 together with costs of this action.

DATED: November 30, 2016

By: Gary Kavulich, Esq.
Kavulich & Associates, P.C.
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
(914) 355-2074

Defendant(s) Address(es)

Angela Pauli
2233 Parkton Way, PH
Barnhart, MO 63012-1269

Robert A Pauli, Jr
3214 Yaeger Road, PH
St. Louis, MO 63129

FILED
DEC -6 2016
NEW YORK COUNTY
CIVIL COURT

Note:  The law provides that: (a) If the summons is served by its delivery to you personally within the
City of New York, you must appear and answer within TWENTY days after such service; or (b) If the
summons is served by any means other than personal delivery to you within the City of New York, you
must appear and answer within THIRTY days after proof of service thereof is filed with the Clerk of
this Court.

Civil Court of the City of New York
County of New York
—————————————————————————X

EDS Management Corp,

                                              Index No.
                    Plaintiff,                File No. 14379

        -against-

Angela Pauli, Robert A Pauli, Jr,

                    Defendants.
—————————————————————————X

### ENDORSED COMPLAINT

Plaintiff, EDS Management Corp, by its attorneys, Kavulich & Associates, P.C., and as for its Complaint alleges:

### AS AND FOR THE FIRST CAUSE OF ACTION

1. Plaintiff seeks to recover damages from the Defendant(s), Angela Pauli, Robert A Pauli, Jr, for breach of a lease agreement in the sum of $4,648.39 for rental arrears for the months of March, 2011 balance of $248.39; April, 2011 through and including July, 2011 at the agreed monthly sum of $1,100.00 for the premises known as 1576-78 Third Avenue, Apt. 3A New York, NY 10453 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

### AS AND FOR THE SECOND CAUSE OF ACTION

2. Plaintiff seeks to recover damages from the Defendant(s), Angela Pauli, Robert A Pauli, Jr, for use and occupancy in the sum of $0.00 plus interest from N/A 1, N/A representing use and occupancy from the month of N/A, N/A at a rate of $0.00 per month for the premises known as 1576-78 Third Avenue, Apt. 3A New York, NY 10453 together with costs and disbursements of this action and for such other and further relief as the court may deem just.

### AS AND FOR THE THIRD CAUSE OF ACTION

3. Plaintiff seeks to recover damages from defendant in the sum of $0.00 representing damages together with costs and disbursements of this action and for such other and further relief as the court may deem just.

## AS AND FOR THE FOURTH CAUSE OF ACTION

4. Plaintiff seeks to recover damages from the defendant in the sum of $500.00 representing reasonable attorneys fees together with costs and disbursements of this action and for such other and further relief as the court may deem just.

**WHEREFORE:** Plaintiff demands judgment

    A) On the First Cause of Action, in the sum of $4,648.39 plus interest from March 1, 2011;
    B) On the Second Cause of Action in the sum of $0.00 plus interest from N/A 1, N/A;
    C) On the Third Action in the sum of $0.00;
    D) On the Fourth Action, in the sum of $500.00;
    E) Together with costs and disbursements of this action; and,
    F) For such and other further relief as the Court deems just and proper.

Dated: Port Chester, New York
    11/30/2016

By: Gary Kavulich, Esq.
Kavulich & Associates, P.C.
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
(914) 355-2074