# Exhibit H

```
CIVIL COURT OF THE CITY OF NEW YORK          INDEX NO. 21064/16
COUNTY OF NEW YORK                           FILE NO.  14379
-----------------------------------------X
EDS MANAGEMENT CORP.,
                                             JUDGMENT
                PLAINTIFF(S)

        -AGAINST-

ANGELA PAULI,
ROBERT A PAULI, JR.,

                DEFENDANT(S)
-----------------------------------------X
```

| | | |
|---|---|---|
| AMOUNT AWARDED AFTER INQUEST CLERK | | $4,648.39 |
| INTEREST FROM MARCH 1, 2011 | | $2,649.58 |
| | | $7,297.97 |
| COSTS BY STATUTE | $50.00 | |
| SERVICE OF SUMMONS AND COMPLAINT | $25.00 | |
| FILING OF SUMMONS AND COMPLAINT | $45.00 | |
| PROSPECTIVE MARSHALL'S FEE | $40.00 | |
| NOTICE OF INQUEST | $0.00 | |
| TRANSCRIPT & DOCKETING | $0.00 | |
| TOTAL: | | $ 160.00 |
| | | $7,457.97 |

FILED JUL 20 2017 NEW YORK COUNTY CIVIL COURT

STATE OF NEW YORK, COUNTY OF WESTCHESTER:

THE UNDERSIGNED, ATTORNEY AT LAW OF THE STATE OF NEW YORK, ON OF THE ATTORNEY(S) OF RECORD FOR THE PLAINTIFF(S) IN THE ABOVE ENTITLED ACTION, STATES THAT THE DISBURSEMENTS ABOVE SPECIFIED HAVE BEEN OR WILL NECESSARILY BE MADE OR INCURRED THEREIN AND ARE REASONABLE IN AMOUNT; THAT THE DEFENDANT(S) ANSWERED BUT FAILED TO APPEAR ON JUNE 8, 2017. THE CAUSE OF ACTION IN THE WITHIN MATTER ACCRUED IN THE STATE OF NEW YORK WHERE THE STATUTE OF LIMITATION ON A CONTRACT, UPON WHICH THE ACTION IS BASED, IS SIX (6) YEASRS. THE STATUTE OF LIMITATIONS HAS NOT EXPIRED. THE UNDERSIGNED AFFIRMS THIS STATEMENT TO BE TRUE UNDER THE PENALTIES OF PERJURY.

DATED: WESTCHESTER, NY
       JULY 14, 2017

KAVULICH & ASSOCIATES, P.C.
BY: GARY KAVULICH, ESQ.

JUDGMENT ENTERED ON
SERVICE OF SUMMONS AND ENDORSED COMPLAINT IN THIS ACTION ON THE DEFENDANT(S) HEREIN HAVING BEEN COMPLETED; DEFENDANT(S) ANSWERED BUT FAILED TO APPEAR ON JUNE 8, 2017. NOW ON MOTION OF KAVULICH & ASSOCIATES, P.C. ATTORNEY(S) FOR THE PLAINTIFF(S) IT IS,
ADJUDGED THAT AFTER INQUEST CLERK
EDS MANAGEMENT CORP.,
RESIDING AT: 1576-78 THIRD AVENUE, NEW YORK, NY 10453
RECOVER OF: ANGELA PAULI, ROBERT A PAULI, JR.,
RESIDING AT: ANGELA PAULI: 2233 PARKTON WAY, PH, BARNHART, MO 63012-1269
RESIDING AT: ROBERT A PAULI, JR.,: 3214 YAEGER ROAD, PH, ST. LOUIS MO 63129
THE SUM OF $4,648.39 WITH INTEREST OF $2,649.58 MAKING A TOTAL OF $7,297.97 TOGETHER WITH $160.00 COSTS AND DISBURSEMENTS, AMOUNTING IN ALL TO THE SUM OF $7,457.97 AND ALL OTHER CAUSES OF ACTION ARE HEREBY WAIVED.
THAT PLAINTIFF HAVE EXECUTION THEREFORE.

New York County Civil Court
Civil Judgment

Plaintiff(s):
EDS Management Corp,

vs.

Defendant(s):
Angela Pauli;
Robert A Pauli Jr

Index Number: CV-021064-16/NY

Judgment issued: After Calendar Default: Inquest Clerk

On Motion of:

Kavulich & Associates, P.C.
181 Westchester Avenue, Suite 500C, Port Chester, NY 10573-6522

| | | | | | |
|---|---|---|---|---|---|
| Amount claimed | $4,648.39 | Index Number Fee | $45.00 | Transcript Fee | $0.00 |
| Less Payments made | $0.00 | Consumer Credit Fee | $0.00 | County Clerk Fee | $0.00 |
| Less Counterclaim Offset | $0.00 | Service Fee | $25.00 | Enforcement Fee | $50.00 |
| Interest 03/01/2011 at 9% | $2,722.18 | Non-Military Fee | $0.00 | Other Disbursements | $0.00 |
| Attorney Fees | $0.00 | Notice of Trial Fee | $0.00 | Other Costs | $0.00 |
| Cost By Statute | $50.00 | Jury Demand Fee | $0.00 | | |
| Total Damages | $7,370.57 | Total Costs & Disbursements | $170.00 | Judgment Total | $7,540.57 |

The following named parties, addressed and identified as creditors below:

Plaintiff creditor(s) and address

(1) EDS Management Corp,
1576-78 Third Avenue, Bronx, NY 10453

Shall recover of the following parties, addresses and identified as debtors below:

Defendant debtor(s) and address

(1) Angela Pauli
2233 Parkton Way, PH, Barnhart, MO 63012-1269
(2) Robert A Pauli Jr
3214 Yaeger Road, PH, Saint Louis, MO 63129-3016

Judgment entered at the New York County Civil Court, 111 Centre Street, New York, NY 10013, in the STATE OF NEW YORK in the total amount of **$7,540.57 on 09/01/2017 at 10:20 AM.**

Judgment sequence 1

Civil Court
of the
City of New York

SEP 01 2017

ENTERED
NEW YORK COUNTY

*Carol Alt*

Carol Alt, Chief Clerk

Page 1 of 1