UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA GATERMAN, et al., | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) No. 4:17-CV-02837-JCH ) |
| GARY KAVULICH, et al., | ) ) ) |
| Defendant(s). | ) ) |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant(s) GARY KAVULICH, et al. on March 22, 2018.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 29th day of March, 2018.

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE