UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANGELA GATERMAN and<br>ROBERT A. PAULI, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>KAVULICH & ASSOCIATES,<br>P.C. and GARY KAVULICH,<br><br>Defendants. | No. 17-CV-2837-JCH |

## REQUEST FOR ENTRY OF DEFAULT

TO:  GREGORY J. LINHARES, CLERK OF COURT
     UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF MISSOURI

Please enter the default of Defendants KAVULICH & ASSOCIATES, P.C. and GARY KAVULICH under Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action, as fully appears from the court file herein and from the accompanying Declaration of Jonathan R. Miller.

Dated: Winston-Salem, NC
       April 5, 2018

/s/ Jonathan R. Miller
Jonathan R. Miller
One of Plaintiffs' Attorneys

Attorneys for Plaintiffs

Jonathan R. Miller, MO Bar #64031
Law Office of Jonathan R. Miller, PLLC
(d/b/a Salem Community Law Office)
301 N. Main Street, Suite 2415
Winston-Salem, NC 27101
Tel: (336) 837-4437

Brian L. Bromberg
(Will be applying for admission *pro hac vice*)
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
Tel: (212) 248-7906