UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANGELA GATERMAN and<br>ROBERT A. PAULI, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>KAVULICH & ASSOCIATES,<br>P.C. and GARY KAVULICH,<br><br>    Defendants. | No. 17-CV-2837-JCH |

### DECLARATION OF JONATHAN R. MILLER

Jonathan R. Miller, an attorney at law duly admitted and licensed to practice before the United States District Court for the Eastern District of Missouri, declares the following to be true under penalties of perjury:

1. Defendant KAVULICH & ASSOCIATES, P.C. is not an infant, is not in the military, and is not incompetent.

2. Defendant KAVULICH & ASSOCIATES, P.C. was properly served with copies of the Summons and Complaint on March 6, 2018 (ECF #6).

3. Defendant KAVULICH & ASSOCIATES, P.C. has failed to plead or otherwise defend the action.

4. Defendant GARY KAVULICH is not an infant, is not in the military, and is not incompetent.

1

5. Defendant GARY KAVULICH was properly served with copies of the Summons and Complaint on February 28, 2018 (ECF #4).

6. Defendant GARY KAVULICH has failed to plead or otherwise defend the action.

WHEREFORE, Plaintiffs request that the clerk enter default against KAVULICH & ASSOCIATES, P.C. and GARY KAVULICH in the above-referenced action.

Dated:   Winston-Salem, NC
         April 5, 2018

/s/ Jonathan R. Miller
Jonathan R. Miller