UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

|   |   |
|---|---|
| ANGELA GATERMAN and ROBERT A. PAULI, JR., <br><br> Plaintiffs, <br><br> v. <br><br> KAVULICH & ASSOCIATES, P.C. and GARY KAVULICH, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 17-CV-2837-JCH <br><br> [PROPOSED] ENTRY OF DEFAULT |

    I, GREGORY J. LINHARES, Clerk of the United States District Court for the Eastern District of Missouri, do hereby certify:

    1.    That this action commenced on December 6, 2017 with the filing of Summonses and a Compliant;

    2.    That a copy of the Summons and Complaint was served on Defendant GARY KAVULICH by delivering copies to a person of suitable age and discretion at said Defendant's actual place of business, and, further, by mailing copies to said Defendant's actual place of business on February 28, 2018, in compliance with N.Y. C.P.L.R. § 308(2), and that proof of such service was filed on March 6, 2018;

    3.    That a copy of the Summons and Complaint was served on Defendant KAVULICH & ASSOCIATES, P.C. by personally serving Gary

Kavulich, an officer of said Defendant, on March 6, 2018, in compliance with N.Y. C.P.L.R. § 311(a)(1), and that proof of such service was filed on March 22, 2018;

    4.    That the docket entries indicate that neither Defendant has filed an Answer or otherwise moved with respect to the Complaint herein.

For these reasons, default is hereby entered against Defendants KAVULICH & ASSOCIATES, P.C. and GARY KAVULICH.

Dated:  St. Louis, Mo.
       April _____, 2018

> GREGORY J. LINHARES
> Clerk of Court
>
> By _____
>     Deputy Clerk