# Exhibit A

**Civil Court of the City of New York**

County of NY

Part

Index Number CV-021064/16
Motion Cal. # 22   Motion Seq. #

EDS Management Corp.

Claimant(s)/Plaintiff(s)/Petitioner(s)

against

Angela Pauli and Robert Pauli, Jr.

Defendant(s)/Respondent(s)

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | — |
| Order to Show Cause and Affidavits Annexed | 1, Exhs A-J |
| Answering Affidavits | — |
| Replying Affidavits | — |
| Exhibits | — |
| Other | — |

[Stamp: Civil Court of the City of New York, ENTERED FEB 28 2018, NEW YORK COUNTY]

Upon the foregoing cited papers, the Decision/Order on this Motion to _____ is as follows:

Defendants' motion to vacate/dismiss is granted, on default. The Court notes that this motion has been adjourned several times at Plaintiff's request to allow for opposition, but that none has been filed.

Substantively, however, Defendants' motion entitles them to dismissal because Plaintiff discontinued an identical action with prejudice on October 12, 2016, just a more month before this action was filed (compare Defs Exhs A and B; Exh C). A discontinuance with prejudice must be enforced lest parties be permitted to duplicate actions at the mere cost of an additional index number. Accordingly, it is hereby ORDERED that (1) the judgment is vacated; (2) the action is dismissed with prejudice; (3) any and all restraints shall be lifted; (4) all funds garnished pursuant to this judgment shall be returned within 10 days of receipt of this order; and (5) Defendants shall serve this order upon Plaintiff within 10 days.

Date: 2/24/18

Judge, Civil Court   HON. DAKOTA RAMSEUR

CIV-GP-85 (Revised, September, 1999)