# Exhibit B



**INVOICE**

Invoice # 201
Date: 04/05/2018
Due On: 05/05/2018

Angela Gaterman-Pauli
4533 Greenpark Road
St Louis, MO 63123

### 2017-11-07521Gaterman-PauliAngela
EDS management Corp vs Angela Gaterman (2 files)

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 11/06/2017 | Requested full court file from Civil Court, County of NY. | 0.25 | $350.00 | $87.50 |
| Service | 11/27/2017 | Review of all previous pleadings and dismissal decision. | 1.50 | $350.00 | $525.00 |
| Service | 12/04/2017 | Research and drafting of order to show cause to vacate judgment and dismiss action against client. | 3.00 | $350.00 | $1,050.00 |
| Service | 12/12/2017 | Drafted Affidavit of Merit of Angela Pauli Gaterman and Robert Pauli. | 1.00 | $350.00 | $350.00 |
| Service | 12/21/2017 | Finalized motion to vacate judgment and dismiss and added all exhibits. | 1.00 | $350.00 | $350.00 |
| Service | 12/22/2017 | Final review and approval of motion to be filed. | 0.75 | $350.00 | $262.50 |
| Service | 12/27/2017 | Filed Order to Show Cause and had signed by Judge John Kelley, New York County Civil Court. Opposing counsel must be served by 12/29. Motion set to be heard on 1/12/2018. | 1.00 | $350.00 | $350.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/29/2017 | Mailed Order to Show Cause to Kavulich and associates via priority mail. | 0.25 | $175.00 | $43.75 |
| Service | 12/29/2017 | Drafted affidavit of service for OTSC, made a copy, prepared a signed OTSC to be priority mailed to the o/c office today. | 0.50 | $175.00 | $87.50 |
| Service | 01/12/2018 | Appeared to argue motion. Opposing counsel asked for adjournment to submit reply. Judge granted adjournment and set argument for 2/22/2018. | 1.00 | $350.00 | $350.00 |
| Service | 02/22/2018 | Appeared to argue motion. Opposing counsel asked for adjournment to submit reply again. Judge granted final adjournment and set argument for 2/28/2018. | 1.00 | $350.00 | $350.00 |
| Service | 02/28/2018 | Argued motion to vacate and dismiss in front of Judge Dakota Ramseur, NY Civil Court. Judge granted our motion vacate the judgment and dismiss this action against our client with Prejudice. | 2.00 | $350.00 | $700.00 |
| Service | 03/05/2018 | Notice of Entry of Judgment and decision mailed to opposing counsel, Kavulich and Associates as directed by the court. | 0.25 | $350.00 | $87.50 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Arthur Lebedin | 2.5 | $350.00 | $875.00 |
| Stephannie Miranda | 10.25 | $350.00 | $3,587.50 |
| Kristin Arroyo | 0.25 | $175.00 | $43.75 |
| Esta Kravets | 0.5 | $175.00 | $87.50 |
| | | **Subtotal** | **$4,593.75** |
| | | **Invoice Discount** | **$1,500.00** |
| | | *$1,500 paid by client as initial retainer fee.* | |
| | | **Total** | **$3,093.75** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 201 | 05/05/2018 | $3,093.75 | $0.00 | $3,093.75 |
| | | | **Outstanding Balance** | **$3,093.75** |

Invoice # 201 - 04/05/2018

| | |
|---|---|
| **Total Amount Outstanding** | **$3,093.75** |

Please make all amounts payable to: Lebedin & Kofman

Please pay within 30 days.