UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANGELA GATERMAN and<br>ROBERT A. PAULI, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>KAVULICH & ASSOCIATES,<br>P.C. and GARY KAVULICH,<br><br>Defendants. | No. 17-CV-2837-JCH |

CERTIFICATE OF SERVICE

This is to certify that I have this day served: Kavulich & Associates, P.C., 181 Westchester Ave., Suite 500C, Port Chester, NY 10573, with a copy of Plaintiff's Motion for Entry of Default with all attachments (ECF #008, 008-1, & 008-2), and a copy of Plaintiff's Motion for Default Judgment with all attachments (ECF#009, 009-1, 009-2, 009-3, & 009-4), by depositing said copies Dismiss under Rule 12(b)(6) and Motion for Attorney Fees under N.C. Gen. Stat. § 6-21.5, by depositing the same in the United States mail in a properly addressed wrapper with adequate postage, in the manner prescribed by Rule 5 of the Federal Rules of Civil Procedure.

I further certify that I have this day served: Gary Kavulich, c/o Kavulich & Associates, P.C., 181 Westchester Ave., Suite 500C, Port Chester, NY 10573, with a copy of Plaintiff's Motion for Entry of Default with all attachments (ECF #008, 008-1, & 008-2), and a copy of Plaintiff's Motion for Default Judgment with all

1

attachments (ECF#009, 009-1, 009-2, 009-3, & 009-4), by depositing said copies

Dismiss under Rule 12(b)(6) and Motion for Attorney Fees under N.C. Gen. Stat. §

6-21.5, by depositing the same in the United States mail in a properly addressed

wrapper with adequate postage, in the manner prescribed by Rule 5 of the Federal

Rules of Civil Procedure.

Dated:  Winston-Salem, NC
        April 5, 2018

<u>/s/ Jonathan R. Miller</u>
Jonathan R. Miller
One of Plaintiffs' Attorneys