UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA GATERMAN and ROBERT A. PAULI, JR., | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) No. 4:17CV02837 JCH ) |
| KAVULICH & ASSOCIATES, P.C., et al., | ) ) |
| Defendant(s). | ) ) |

## CLERK'S ENTRY OF DEFAULT

This matter is before the Clerk of Court on Plaintiffs' Motion for Entry of Clerk's Default against Defendants Kavulich & Associates, P.C. and Gary Kavulich [ECF No. 8] pursuant to Fed.R.Civ.P. 55(a). The record reflects service of summons and the complaint upon said Defendants on March 6, 2018 and February 27, 2018. Defendants have failed to file an answer or other responsive pleading within the time required by Fed.R.Civ.P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Clerk's Default against Defendants Kavulich & Associates, P.C. and Gary Kavulich [ECF No. 8] is GRANTED, and the default of said defendants is hereby entered.

Dated this 16th day of April, 2018.

_____
Gregory J. Linhares
Clerk of Court