UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANGELA GATERMAN and <br> ROBERT A. PAULI, JR., <br><br> Plaintiffs, <br><br> v. <br><br> KAVULICH & ASSOCIATES, <br> P.C. and GARY KAVULICH, <br><br> Defendants. | No. 17-CV-2837-JCH |

CERTIFICATE OF SERVICE

This is to certify that I have this day served: Kavulich & Associates, P.C., 181 Westchester Ave., Suite 500C, Port Chester, NY 10573, with a copy of Plaintiff's Motion for Extension of Deadlines, by depositing said copy in the United States mail in a properly addressed wrapper with adequate postage, in the manner prescribed by Rule 5 of the Federal Rules of Civil Procedure.

I further certify that I have this day served: Gary Kavulich, c/o Kavulich & Associates, P.C., 181 Westchester Ave., Suite 500C, Port Chester, NY 10573, with a copy of Plaintiff's Motion for Extension of Deadlines, by depositing said copy in the United States mail in a properly addressed wrapper with adequate postage, in the manner prescribed by Rule 5 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated:  Winston-Salem, NC <br>           June 19, 2018 | /s/ Jonathan R. Miller <br> Jonathan R. Miller |

1